# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151277

ROBERT ARBUCKLE, Personal Representative
of the Estate of Clifton M. Arbuckle,
         Plaintiff-Appellee,

v

                                      SC: 151277
                                      COA: 310611

GENERAL MOTORS LLC,
         Defendant-Appellant.

                                      MCAC: 11-000043

_____/

On order of the Court, the application for leave to appeal the February 10, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the plaintiff's action is preempted by federal law, and (2) whether the plaintiff's action is governed by state law or federal law. The parties should not submit mere restatements of their application papers.

The Eastern District of Michigan Chapter of the Federal Bar Association, the Labor and Employment Law Section of the Federal Bar Association, the Michigan Chamber of Commerce, and the Workers' Compensation Law and the Labor and Employment Law Sections of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015                  

t1222                                                     Clerk